UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATARA BRATCHER, et al.,

       Plaintiffs,                    Case No. 17-10755
                                          Hon. Terrence G. Berg

v.

TERRENCE T. CLARK,

       Defendant.
_____/

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                            s/Terrence G. Berg
                                            TERRENCE G. BERG
                                            UNITED STATES DISTRICT JUDGE

Dated: May 25, 2017

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 25, 2017, by electronic means and/or ordinary mail.

                                            s/A. Chubb
                                            CASE MANAGER
                                            (810) 341-9764